IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELENA MIHAILESCU,

        Plaintiff,

    v.

MARYVILLLE NURSING HOME, a non-profit Oregon organization, and SISTERS OF ST. MARY OF OREGON MARYVILLE CORPORATION, and Oregon corporation,

        Defendants.

No. CV 06-1187-HU

OPINION & ORDER

**MOSMAN, J.,**

      On August 24, 2007, Magistrate Judge Hubel issued Findings and Recommendation ("F&R") (#57) in the above-captioned case recommending Defendants' Motion for Summary Judgment (#20) be granted and Defendants' Motion to Strike (#45) be denied as moot. Defendants filed timely objections (#58).

      In conducting my review of the F&R, I apply the following standard. The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is required to make a *de novo* determination of

PAGE 1 - OPINION & ORDER

those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, the court is free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Hubel's recommendation, and I ADOPT the F&R as my own opinion. Accordingly, Defendants' Motion for Summary Judgment (#20) is GRANTED and Defendants' Motion to Strike (#45) is DENIED.

IT IS SO ORDERED.


DATED this  3rd  day of December, 2007.


                                                        /s/ Michael W. Mosman
                                                        MICHAEL W. MOSMAN
                                                        United States District Court